JANVIER & CO., Ltd., Plaintiff and Appellee, v. O. C. FRITZ and Mrs. Ignatio Feleti, also known as Mrs. Ignatio Falati, Defendants and Appellants.

No. 16843.

Court of Appeal of Louisiana. Orleans.

April 18, 1938.

For former opinion, see 180 So. 172.

Curtis, Hall & Foster and Chas. A. Kyle, all of New Orleans, for appellee.

Theo. Cotonio, of New Orleans, for appellants.

PER CURIAM.

This statement is made to correct the original opinion wherein we stated that the case was brought to this court by suspensive appeal, whereas it appears from the record to have been a devolutive appeal.

The application for rehearing is denied.

Rehearing refused.